WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnell Levingston,<br><br>    Plaintiff,<br><br>vs.<br><br>Patricia Pibrun, et al.,<br><br>    Defendants. | No. CV-09-8138-PCT-LOA<br><br>**ORDER** |

This matter arises on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal. (docket # 76)

On December 4, 2009, the Court stayed this matter until March 5, 2010 in view of Plaintiff's bankruptcy proceedings in the United States Bankruptcy Court for the District of Arizona. (docket # 73) Thereafter, Plaintiff filed a Notice of Appeal and a Motion for Leave to Proceed *In Forma Pauperis* on appeal. (docket ## 75, 76)

Where a plaintiff has been granted leave to file the action *in forma pauperis*, pauper status automatically continues for the appeal unless the district court affirmatively certifies that the appeal is taken in bad faith or is frivolous. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a) (stating that leave to proceed *in forma pauperis* on appeal should be sought in the district court in the first instance). In this case, the Court denied Plaintiff *in forma pauperis* status to pursue her § 1983 action. (docket # 13)

By pursuing an appeal at this time without leave of the Bankruptcy Court, Plaintiff, or even the trustee of a debtor's estate, has likely violated the automatic stay of this

case imposed by 11 U.S.C. § 362(a)(1) and her appeal is void as a matter of law. *In re Capgro Leasing Assocs.*, 169 B.R. 305, 310 (Bankr.E.D.N.Y. 1994) ("[t]he automatic stay prevents a debtor from appealing the decision of a non-bankruptcy forum," citing, among others, *Delpit v. Commissioner*, 18 F.3d 768 (9th Cir. 1994)). Moreover, this interlocutory appeal is frivolous because the order Plaintiff has appealed is a non-appealable order. *See* 28 U.S.C. §§ 1291 and 1292.

In view of the foregoing,

**IT IS HEREBY ORDERED** that the Court certifies that the appeal is frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Appeal *in forma pauperis*, docket # 76, is **DENIED**.

Dated this 9th day of February, 2010.

_____
Lawrence O. Anderson
United States Magistrate Judge