**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnell Levingston, | No. CV-09-8138-PCT-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| Patricia Piburn, et al., | |
| Defendants. | |

This matter is before the Court the April 29, 2010 Motion of Defendants Carol Haverstick, Erasmo Chavez, Patricia Piburn, Jerry McClain, and Thomas Garms to continue this matter on the inactive calendar because "they have successfully negotiated their claims with the United States Bankruptcy Trustee, Lawrence Warfield, and they need additional time to memorialize the agreement they have struck." (docket # 94)

The foregoing Defendants assert that they have negotiated a settlement with the Bankruptcy Trustee whereby Plaintiff's claims against them would be dismissed with prejudice. Defendants[1] assert that, if this matter were dismissed before they memorialized their agreement, it is uncertain whether the Bankruptcy Trustee would still settle Plaintiff's claims against them. Defendants request that the Court continue this matter on the inactive

---

[1] For purposes of this Order, the term "Defendants" refers to Carol Haverstick, Erasmo Chavez, Patricia Piburn, Jerry McClain, and Thomas Garms.

calendar for 30 days to allow the parties to the motion to finalize their agreement and to file a Notice of Settlement with the Court.

As noted above, Defendants Carol Haverstick, Erasmo Chavez, Patricia Piburn, Jerry McClain, and Thomas Garms filed the pending motion on April 29, 2010. Neither Plaintiff, nor any other party to this matter, ever responded to the motion. Over thirty days have passed since Defendants filed their Motion to Continue on Inactive Calendar. The passage of thirty days renders Defendants' request to continue this matter on the inactive calendar moot. Despite the passage of the thirty days which Defendants requested, Defendants have not filed the "Notice of Settlement and Motion to Dismiss" as indicated in their Motion. The docket in the United States Bankruptcy Court, District of Arizona, 2:09-bk-31573-RTB indicates that the bankruptcy proceeding remains active and a meeting of creditors has been continued to June 28, 2010.

Defendants have had ample time - more than the thirty-days they requested in their motion - to memorialize their alleged settlement agreement and to file a Notice of Settlement with this Court.

Accordingly,

**IT IS ORDERED** that the April 29, 2010 Motion of Defendants Carol Haverstick, Erasmo Chavez, Patricia Piburn, Jerry McClain, and Thomas Garms to Continue this Matter on the Inactive Calendar, docket # 94, is **DENIED** as moot because more than 30 days has passed since the Defendants filed their Motion.

DATED this 10th day of June, 2010.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge