IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnell Levingston,<br><br>    Plaintiff,<br><br>vs.<br><br>Patricia Piburn, et al.,<br><br>    Defendants. | No. CV-09-08138-PCT-LOA<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Lawrence Anderson's Report and Recommendation. Magistrate Judge Anderson recommends the case be dismissed for failure to comply with court orders. Magistrate Judge Anderson also recommends the Motions to Dismiss be denied. No party filed objections. No objections being made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 97) is **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**. The Motions to Dismiss (Docs. 92 and 93) are **DENIED**. The Clerk shall close this case.

DATED this 28th day of June, 2010.

_____
Roslyn O. Silver
United States District Judge